UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JAMES HALEY,

           Plaintiff,           Case No. 1:11cv755

v.           Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
_____/

## ORDER
### APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 29, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 29, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED IN PART AND REVERSED IN PART**. The Court affirms that plaintiff was not disabled on or before April 18, 2007. The Court reverses and remands to the Commissioner the finding that plaintiff was not disabled during the closed period from April 19, 2007 through December 31, 2007, under sentence four of 42 U.S.C. § 405(g).

           /s/ Robert J. Jonker
           ROBERT J. JONKER
           UNITED STATES DISTRICT JUDGE

DATED: February 26, 2013.